**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30272 |
| Plaintiff - Appellee, | D.C. No. 4:07-cr-00140-SEH |
| v. | |
| JUVENILE FEMALE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Appellant, a juvenile, appeals from the nine-month sentence imposed

following revocation of juvenile delinquent supervision.  We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Appellant contends that the district court's sentence contravenes the rehabilitative purposes of the Federal Juvenile Delinquency Act, 18 U.S.C. § 5031 et seq. (FJDA), because it reflects impermissible factors and was not the least restrictive means of achieving these purposes. The record reflects that the district court adequately considered the relevant factors within the FJDA while accounting for the totality of Appellant's unique circumstances and rehabilitative needs, and imposed a sentence that was the least restrictive means to meet those needs. *See United States v. Juvenile*, 347 F.3d 778, 787 (9th Cir. 2003).

**AFFIRMED.**